ACCEPTED
15-25-00103-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 2:24 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 2:24:35 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS OF TEXAS

## NO. 15-25-00103-CV

**Firoz Dhamani,**
*Appellant*

**v.**

**Mustapha Oulad-Chikh,**
**derivatively on behalf of GLOBAL REAL ESTATE, LLC,**
*Appellee*

---

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

---

On Appeal from Texas Business Court, First District;
Hon. Andrea K. Bouressa, Presiding Judge.

---

**ORAL ARGUMENT
CONDITIONALLY REQUESTED**

**Brian K. Norman**
bkn@snlegal.com
**Michael L. Hood**
mhood@snlegal.com
**Russell J. DePalma**
rjd@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Ste. 200
Farmers Branch, TX 75234
(214) 987-1745
**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW, Appellant Firoz Dhamani, Defendant below, and files this, his Motion for Extension of Time to File Brief of Appellant. In support of this motion, Appellant would show the following:

1.      Appellee (Plaintiff in the trial court) does ***not*** oppose the relief sought herein.

2.      On June 12, 2025, Appellant filed his Notice of Appeal.

3.      On June 23, 2025, this Court notified the parties that the Reporter's Record had been filed. Because the Clerk's Record had been filed earlier, the Reporter's Record filing commenced the briefing schedule.

4.      This is an accelerated appeal, therefore the deadline for Appellant's brief is 20 days after the Court receives the full appellate record, or Sunday July 13, 2025, which rolls over to Monday July 14, 2025.

5.      The parties are currently in settlement negotiations and seeking to reach an amicable resolution to their dispute. The negotiations are complex because the business that is the subject of the parties' dispute owns properties in multiple states that will be affected by any resolution.

6.      To ensure the parties focus their energies on reaching an accord, and employ their attorneys primarily for resolving their dispute instead of

perpetuating it, Appellant seeks an extension of his briefing deadline. Appellee does not oppose the extension and is of like mind.

7. In addition, both lead counsel for Appellant and his primary appellate counsel have upcoming vacations in July and also are engaged in briefing a complex appeal before the Fifth Court of Appeals (No. 05-24-1342-CV), for which their clients' brief is due July 18, 2025.

8. Any settlement between the parties will terminate this appeal and therefore obviate any further need for this proceeding.

9. For the reasons stated above, Appellant seeks a 30-day extension from July 14 to August 13, 2025, to file his Brief of Appellant, should one prove necessary.

10. The undersigned conferred with opposing counsel on June 25, 2025, and Appellee does not oppose this request. Appellant does not seek the requested extension for delay but to ensure justice will not be denied.

Therefore, Appellant Firoz Dhamani, prays that this Court grant this motion for extension of time and reset his briefing deadline to August 13, 2025.

Respectfully submitted,


*/s/Russell J. DePalma*
**BRIAN K. NORMAN**
State Bar No. 00797161
bkn@snlegal.com
**STEPHEN R. TITTLE, JR.**
State Bar No. 24028043
s@snlegal.com
**MICHAEL L. HOOD**
State Bar No. 099434435
mhood@snlegal.com
**RUSSELL J. DEPALMA**
State Bar No. 00795318
rjd@snlegal.com
**DAVID JEFRIE MIZGALA**
State Bar No. 24031594
djm@snlegal.com
**SHAMOUN & NORMAN, LLP**
1800 Valley View Lane, Suite 200
Farmers Branch, Texas 75234
Telephone: (214) 987-1745
**ATTORNEYS FOR APPELLANT, FIROZ DHAMANI**

## CERTIFICATE OF CONFERENCE

I certify that on June 25, 2025 I conferred with Jesse Hoffman, counsel for Appellee, who indicated that this motion is unopposed.

*/s/Russell J. DePalma*
**RUSSELL J. DePALMA**

## CERTIFICATE OF SERVICE

I certify that, on June 27, 2025, I served a copy of this motion by electronic service and electronic mail upon counsel for Relators.

*/s/Russell J. DePalma*
**RUSSELL J. DePALMA**

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the type size and word count limitations set forth in the Texas Rules of Appellate Procedure because it contains 372 words not exempt from the word count limits and has been generated in a 14-point proportionate-type font.

*/s/Russell J. DePalma*
**RUSSELL J. DePALMA**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 102534197
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Extension of Time to File Brief of Appellant
Status as of 6/27/2025 3:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brian K.Norman | | bkn@snlegal.com | 6/27/2025 2:24:35 PM | SENT |
| Michael L.Hood | | mhood@snlegal.com | 6/27/2025 2:24:35 PM | SENT |
| Daniela Rials | | der@snlegal.com | 6/27/2025 2:24:35 PM | SENT |
| Russell DePalma | | rjd@snlegal.com | 6/27/2025 2:24:35 PM | SENT |
| Julia Cain | | jec@snlegal.com | 6/27/2025 2:24:35 PM | SENT |
| David Mizgala | | djm@snlegal.com | 6/27/2025 2:24:35 PM | SENT |
| Jesse Hoffman | | jhoffman@mccathernlaw.com | 6/27/2025 2:24:35 PM | SENT |
| Asher  Miller | | amiller@mccathernlaw.com | 6/27/2025 2:24:35 PM | SENT |